**Opinion issued October 16, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00420-CV

————————————

**SHEANA ELIZABETH BELL, Appellants**

**V.**

**CASEY LYNN MORRISON, Appellee**

On Appeal from the 309th District Court
Harris County, Texas
Trial Court Case No. 2010-48727

## MEMORANDUM OPINION

Appellant, Sheana Elizabeth Bell, has neither established indigence for purposes of appellate costs, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 37.3(a). After

being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Accordingly, we dismiss the appeal for want of prosecution. *See id.* 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.